UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: Omega & Eula Pearson     §     Case No: 14-41094

Debtor(s)     §     Chapter 13

### TRUSTEE'S OBJECTION TO CLAIM

Comes now, Linda B. Gore, Trustee in this Chapter 13 case, and objects to Claim #8 filed by United Consumer Financial Services in the amount of $1935.71 on the ground that said claim is EXCESSIVE and admits $ZERO arrears due to the BINDING EFFECT OF THE CONFIRMED PLAN AND ORDER.

Respectfully submitted on the 8th day of October, 2014.

_____
LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P.O. Box 1338
Gadsden, Alabama 35902-1338
(256) 546-9262

### CERTIFICATE OF SERVICE

I, Linda B. Gore, hereby certify that the above document has, on this day, been filed with the court and that immediate electronic service has been provided to Leroy Cobb Esq. Cobblawfirm@gmail.com the attorney for the debtor(s) and that I have mailed certified by U.S. Postal Service a copy to United Consumer Financial Services, 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712 which is the address provided on the proof of claim where notices shall be provided and to Rodger Bass at 2700 Pelham Pkwy, Pelham, AL 35124 who is the agent authorized to receive service fo process, on this the 8th day of October 2014.

### NOTICE AND OPPORTUNITY FOR HEARING

An Order sustaining said Objection may be entered by the Court at the expiration of 30 days from the date of this notice unless said Creditor files a response and request for a hearing with the Court within that time.

_____
**LINDA B. GORE**